**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| PHILLIP REHWALD, | : | No. 30 WM 2023 |
| Petitioner | : | |
| v. | : | |
| COMMONWEALTH OF PENNSYLVANIA, ET. AL., | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 2nd day of August, 2023, the "Motion for Extraordinary Relief," the Application for Relief, the "Emergency Motion for Extraordinary Relief," and the "Motion for [Polycom/Teleconf] Status Conference for Appointed 'Critical Stage' Counsel" are DENIED.